LEO EISEMANN and Another v. FORTUNATA MASTROBUONO.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

JOHN JENNINGS, an Infant, etc., by MICHAEL JENNINGS, His Guardian ad Litem, v. ALBERT DELANEY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

MOJAC FINANCE Co., INC., v. WATERSIDE HOLDING CORPORATION and Another, Defendants, Impleaded with THE CONTINENTAL INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

MOJAC FINANCE Co., INC., v. WATERSIDE HOLDING CORPORATION and Another, Defendants, Impleaded with THE CONTINENTAL INSURANCE COMPANY.— Motion denied, with ten dollars costs. On the appeal from order denying motion for summary judgment present on notice order in accordance with opinion handed down May 29, 1930.■ Present — Finch, Merrell, McAvoy and Sherman, JJ.

FRANCIS X. McQUADE v. CHARLES A. STONEHAM, Impleaded with Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM SEIDEL v. NEW YORK INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

NEW YORK LIFE INSURANCE COMPANY v. REBECCA DICKLER.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

MANUFACTURERS TRUST COMPANY v. THE PEOPLES TRUST COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin and O'Malley, JJ.

BERENICE L. BAUMANN v. CHARLES LUDWIG BAUMANN and Another.— Motion denied, with ten dollars costs. Present — Finch, Merrell, Martin and O'Malley, JJ.

ALBERT PAUL v. DE FOREST GRANT and Others, Impleaded, etc., and A. & F. PLATE GLASS Co., INC., and Others.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

PIERREPONT E. GRANNIS and Others v. WILLIAM KEMP and Another.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

LUCIEN C. DAY v. GERA MILLS, NEW JERSEY WORSTED SPINNING COMPANY and NEW JERSEY WORSTED MILLS.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LUCIEN C. DAY v. GERA MILLS and Others.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

LIBERTY PLACE HOLDING CORPORATION v. ADOLPH SCHWOB, INC. 45 MAIDEN LANE, INC. CHARLES SHEBAIRA and Others. 45 MAIDEN LANE, INC., and Another.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THEOPHILUS J. HAWKER and Others for the Removal of FRANK J. TYLER, as Testamentary Trustee, etc., of BENJAMIN HAWKER, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.